[No. 3,588.]

# SWEET *v.* TICE.

JURISDICTION OF SUPREME COURT.—The Supreme Court has no appellate jurisdiction in cases at law, where the demand in controversy, exclusive of interest, is less than three hundred dollars.

SUIT on a note for two hundred and seventy-five dollars, and interest.

The plaintiff obtained a judgment in a Justice's Court of Contra Costa County for two hundred and seventy-five dollars principal and sixty-one dollars and sixty cents interest. On appeal to the County Court the judgment was affirmed. The transcript filed in the Supreme Court contains nothing to show that an appeal was intended to be taken.

*Pratt & Voorhees,* for Appellant.

*Smith & Brown,* for Respondent.

Under section four of Article VI of the Constitution the Supreme Court has no jurisdiction, as the demand in controversy was for less than three hundred dollars, exclusive of interest.

By the COURT:

No appeal appears to have been brought in this case, which circumstance is, however, of little importance, inasmuch as the subject matter is not one which could be brought within our appellate jurisdiction.

Order submitting cause set aside and case stricken from the calendar.